UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WESLEY BATTEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> U.S. SOCIAL SECURITY ADMIN., <br><br> Defendant. | Case No.: 2:24-cv-00095-NJK <br><br> **ORDER** |

On January 10, 2024, *pro se* plaintiff Wesley Battey, Jr., an inmate in the custody of the Clark County Detention Center, submitted an application to proceed *in forma pauperis* and a complaint. Docket Nos. 3, 3-1. Plaintiff's application to proceed *in forma pauperis*, however, is incomplete. *See* Docket No. 3.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

Here, Plaintiff's financial certificate is not signed by a prison or jail official. Docket No. 3 at 4. Further, Plaintiff fails to include a copy of his trust fund account statement for the previous six-month period. *See* Docket No. 3.

Accordingly, for the reasons stated above,

Plaintiff's application to proceed *in forma pauperis*, Docket No. 3, is **DENIED**.

IT IS ORDERED that no later than **March 15, 2024**, Plaintiff must either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: a completed application with the inmate's two signatures on page 3; a completed financial certificate that is signed both by the inmate and the prison or jail official; and a copy of the inmate's trust fund account statement for the previous six-month period.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is **INSTRUCTED** to send Plaintiff Wesley Battey, Jr. the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint, Docket No. 3-1, but not file it at this time.

IT IS SO ORDERED.

DATED: January 17, 2024.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE