# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WESLEY BATTEY, JR., | Case No.: 2:24-cv-00095-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| U.S. SOCIAL SECURITY ADMIN., | |
| Defendant. | |

On January 17, 2024, the Court denied Plaintiff's application to proceed *in forma pauperis*. Docket No. 5. The Court ordered Plaintiff to pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* no later than March 15, 2024. *Id*. at 2.

Plaintiff has failed to pay the full filing fee or file a new application to proceed *in forma pauperis*. *See* Docket. The Court extends Plaintiff's deadline to pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* to **April 15, 2024**. **Failure to timely comply with this order may result in dismissal of this action.**

IT IS SO ORDERED.

Dated: March 18, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE