UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WESLEY BATTEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> U.S. SOCIAL SECURITY ADMIN., <br><br> Defendant. | Case No. 2:24-cv-00095-NJK <br><br> **ORDER** <br><br> [Docket No. 9] |

On January 10, 2024, *pro se* Plaintiff Wesley Battey, Jr., an inmate in the custody of the Clark County Detention Center, submitted an application to proceed *in forma pauperis* and a complaint. Docket Nos. 3, 3-1. Plaintiff's application to proceed *in forma pauperis*, however, was incomplete. *See* Docket No. 3. On January 17, 2024, the Court ordered Plaintiff to file a complete application to proceed *in forma pauperis* by March 15, 2024. Docket No. 5. Plaintiff did not do so. On March 18, 2024, the Court ordered Plaintiff to file a complete application to proceed *in forma pauperis* by April 15, 2024. Docket No. 7. Plaintiff has now filed a renewed application to proceed *in forma pauperis*. Docket No. 9.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust**

**fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

Plaintiff's renewed application to proceed *in forma pauperis* remains deficient. *See* Docket No. 9. In particular, the application continues to lack a copy of Plaintiff's prison or jail trust fund account statement for the previous six-month period. *See* 28 U.S.C. § 1915(a)(1) - (2); LSR 1-2. The Court hereby **DEFERS** ruling on the renewed application to proceed *in forma pauperis* application in **ABEYANCE**. Plaintiff must file a copy of his trust fund account statement by May 24, 2024. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DENIAL OF THE APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSAL OF THE CASE WITHOUT PREJUDICE.**

IT IS SO ORDERED.

DATED: April 19, 2024

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE