UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WESLEY B., JR.,<br><br>      Plaintiff(s),<br><br>v.<br><br>U.S. SOCIAL SECURITY ADMIN.,<br><br>      Defendant(s). | Case No. 2:24-cv-00095-NJK<br><br>**ORDER**<br><br>[Docket Nos. 9, 13] |

Pending before the Court are Plaintiff's applications to proceed *in forma pauperis*. Docket No. 9, 13. In cases brought by prisoners, courts generally require the initial payment of a partial filing fee. *See* 28 U.S.C. § 1915(b)(1). In this case, however, no partial filing fee is required given Plaintiff's lack of funds. *See* Docket No. 13 at 5. As such, the Court will grant the most recent application to proceed *in forma pauperis* (Docket No. 13) without requiring a partial payment.[1]

Accordingly, **IT IS ORDERED:**

1. Plaintiff's application to proceed *in forma pauperis* (Docket No. 13) without having to prepay the filing fee is **GRANTED**. Plaintiff's earlier application to proceed *in forma pauperis* (Docket No. 9) without having to prepay the filing fee is **DENIED** as moot.

2. Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor. This Order granting *in forma pauperis* status shall not extend to the issuance and/or service of subpoenas at government expense.

3. The Clerk shall send a copy of this order to the attention of the inmate accounts department at Clark County Detention Center, 330 South Casino Center Drive, Las Vegas, Nevada

---

[1] The Court will separately screen Plaintiff's complaint as required by 28 U.S.C. § 1915.

89101.  Pursuant to 28 U.S.C. § 1915(b)(2), Clark County Detention Center shall forward to the Clerk of the United States District Court, District of Nevada, twenty percent of the preceding month's deposits to Plaintiff's inmate trust account (in the months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action.

      4.     The Clerk's Office must provide a copy of this order to the Finance Division of the Clerk's Office.

      IT IS SO ORDERED.

      Dated: May 13, 2024

_____
Nancy J. Koppe
United States Magistrate Judge