# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WESLEY B., JR., | Case No. 2:24-cv-00095-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| SOCIAL SECURITY INCOME ADMIN, | |
| Defendant(s). | |

On June 24, 2024, the Court screened Plaintiff's amended complaint and determined that Plaintiff's amended complaint failed to state a claim. Docket No. 17. The Court afforded Plaintiff an opportunity to amend the complaint further, with a deadline of July 25, 2024. *Id.* at 2. Plaintiff has not filed a second amended complaint and, instead, has filed requests asking for the status of the case. *See* Docket Nos. 18, 19. Although not proper,[1] the latter filings raise the potential that Plaintiff is unaware of the Court's prior order and that he must file a second amended complaint pursuant to the requirements in the prior order.

As a one-time courtesy, the Court **EXTENDS** the deadline to file a second amended complaint to September 25, 2024. If Plaintiff chooses to file a second amended complaint, he must do so in compliance with the requirements outlined in the prior screening order at Docket No. 17. The Clerk's Office is also **INSTRUCTED** to send Plaintiff a copy of both this order and another copy of the prior screening order at Docket No. 17. <u>Plaintiff is cautioned that failing to file a second amended complaint by the deadline set forth herein will result in dismissal of this case.</u>

IT IS SO ORDERED.

Dated: August 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] As already made clear by the Clerk's Office, such status requests are not proper and must not be filed moving forward. *See, e.g.*, Docket No. 4 at 2.

1