# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WESLEY B., JR., | Case No. 2:24-cv-00095-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| SOCIAL SECURITY INCOME ADMIN, | |
| Defendant(s). | |

On May 13, 2024, the Court screened Plaintiff's complaint and determined that the complaint failed to state a claim. Docket No. 15. On June 24, 2024, the Court screened Plaintiff's amended complaint and determined that Plaintiff's amended complaint failed to state a claim. Docket No. 17. The Court afforded Plaintiff an opportunity to amend the complaint further, with a deadline of July 25, 2024. *Id.* at 2. Plaintiff did not comply with that deadline, but the Court extended the deadline to September 25, 2024, as a one-time courtesy. Docket No. 20. The Court warned therein that "failing to file a second amended complaint by the deadline set forth herein will result in dismissal of this case." *Id.* at 1 (emphasis in original). Plaintiff has not filed a second amended complaint. Accordingly, this action is **DISMISSED** without prejudice. The Clerk's Office is **INSTRUCTED** to enter judgment accordingly and to close this case.

IT IS SO ORDERED.

Dated: November 6, 2024

_____
Nancy J. Koppe
United States Magistrate Judge